740 A.2d 1004

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

James S. MAXWELL, Respondent.

Misc. AG, No. 32, Sept. Term, 1999.

Court of Appeals of Maryland.

Nov. 15, 1999.

## ORDER

Upon consideration of the Joint Petition for Reprimand by Consent filed herein it is this 15th day of November, 1999,

**ORDERED** that the Respondent, James S. Maxwell, be and he is hereby reprimanded for his violation of DR 5–104(a)(b), DR 5–105(a)(b) of the Code of Professional Responsibility and Rules 1.7(a)(b) and 1.8(a)(b) of the Rules of Professional Conduct.